# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MONOLITHIC POWER SYSTEMS, INC., <br> CHENGDU MONOLITHIC POWER <br> SYSTEMS CO., LTD. <br><br> vs. <br><br> MERAKI INTREGRATED CIRCUIT <br> (SHENZHEN) TECHNOLOGY, LTD., <br> PROMATE ELECTRONIC CO., LTD. | § <br> § <br> § <br> § <br> § | CIVIL NO: <br> WA:20-CV-00876-ADA |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** by Zoom on **Tuesday, September 07, 2021 at 10:00 AM**.

IT IS SO ORDERED this 3rd day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE