UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Monolithic Power Systems, Inc. <br> And Chengdu Monolithic Power Systems Co., Ltd. <br>     Plaintiffs <br> <br> v. <br> <br> Promate Electronic Co., LTD., QingMi (Beijing) <br> Technology Co., Ltd., Shenzhen Times <br> Innovation Technology Co. Ltd. <br>     Defendants | Civil No. 6:20-cv-00876 |

## **CLERK'S ENTRY OF DEFAULT**

It appearing from the records in the above-entitled action that summons, issued on the Plaintiffs' Third Amended Complaint, was served upon the Defendants named below on June 15, 2022, and it further appearing from the affidavit of counsel for Plaintiffs that Defendant has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for Plaintiffs, the default of the following named Defendant is hereby entered:

**QingMi (Beijing) Technology Co., Ltd.**

PHILIP J. DEVLIN, CLERK
UNITED STATES DISTRICT COURT

By: L. Diaz
Deputy Clerk
DATE: August 10, 2022