IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **MONOLITHIC POWER SYSTEMS, INC., A DELAWARE CORPORATION; AND CHENGDU MONOLITHIC POWER SYSTEMS CO., LTD., A CHINESE CORPORATION;** <br> *Plaintiffs,* <br><br> v. <br><br> **PROMATE ELECTRONIC CO., LTD., A TAIWANESE CORPORATION; QINGMI (BEIJING) TECHNOLOGY CO., LTD., SHENZHEN TIMES INNOVATION TECHNOLOGY CO. LTD.,** <br> *Defendants.* | § § § § § § § § § § § § § § § § § | 6:20-CV-00876-ADA |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 140. The report recommends that this Court grant the Parties' Joint Motion for Entry of Consent Judgment (ECF No. 139). *Id.* The report and recommendation was filed on April 4, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on

the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 140) is **ADOPTED**.

**IT IS FURTHER ORDERED** that the Parties' Joint Motion for Entry of Consent Judgment (ECF No. 139) is **GRANTED**.

**IT IS FURTHER ORDERED** that

1. This Court has subject matter jurisdiction over this action as well as personal jurisdiction over STIT.

2. Venue is proper in this judicial district.

3. Plaintiffs Monolithic Power Systems, Inc. and Chengdu Monolithic Power Systems Co., Ltd. are the owners of the Asserted Patents.

4. The Asserted Patents are valid and enforceable.

5. Upon inducement by Meraki, STIT imported into the United States and sold certain models of the STIT Accused Products including without limitation the Baseus Compact Quick Charger U+C 20W, Baseus Super Si Quick Charger 1C 25W, the Baseus GaN2 100W Fast Charger incorporating certain Meraki components accused of infringement, including without limitation the MK91736 and MK91808.

6. STIT does not contest the STIT Accused Products infringe at least one claim of each of the Asserted Patents.

7. STIT, and its agents, representatives, parents, subsidiaries, affiliates, and related companies, employees, and those persons in active concert or participation with them who receive actual notice of this Order are hereby permanently enjoined from making, using, selling, offering

for sale, or importing into the United States the Accused Products, any merely colorable variations thereof, and any STIT products incorporating such Accused Products or variations, including without limitation the STIT Accused Products without a license.

8. MPS's claims against STIT for infringement of the Asserted Patents are dismissed with prejudice.

9. For all costs and attorneys' fees for this action, each party will bear its own costs and fees.

10. No other or further relief is granted to any party.

11. The parties affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

12. No just reason for delay prevents entry of this Final Consent Judgment and Permanent Injunction.

13. The Court retains jurisdiction over this Final Consent Judgment and Permanent Injunction for the purpose of ensuring compliance with the terms hereof.

**IT IS FINALLY ORDERED** that the Clerk of Court is directed to close the case.

SIGNED this 2nd day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE